JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ATIENZO,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:19-cv-05395-MAA<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order Affirming Decision of the Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

DATED:  July 31, 2020

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE